UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Duane Richard Slicker,

       Plaintiff,                        Case No. 09-11217

v.                                            Hon. Nancy G. Edmunds

Southwest Airlines, a Texas Company,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendant's Motion for More Definite Statement is GRANTED, and Defendant's Motion to Strike Pleadings is hereby DENIED WITHOUT PREJUDICE.

      SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated:  November 5, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2009, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager